1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12  JERI C. CASH,                          )     CASE NO. CV 06-6017 AGR
13                     Plaintiff,          )
                                           )     **JUDGMENT**
14          vs.                            )
                                           )
15  MICHAEL J. ASTRUE, Commissioner of     )
    Social Security Administration,        )
16                                         )
                       Defendant.          )
17  _____)

18          In accordance with the Memorandum Opinion filed concurrently herewith,

19          IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of

20  Social Security Administration, is affirmed consistent with the Memorandum Opinion.

21

22  DATED: February 21, 2008              _____
23                                         ALICIA G. ROSENBERG
                                           UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28